UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                 :
ADRIAN JULES,                                 :
                                      Plaintiff,     :          20 Civ. 10500 (LGS)
                                                             :
                -against-                  :                       <u>ORDER</u>
                                                               :
ANDRE BALAZS PROPERTIES et al.,       :
                                            Defendants.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the initial pretrial conference in this matter is scheduled for February 18, 2021.

       WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

       **ORDERED** that the February 18, 2021, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

       **ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral.  It is further

       **ORDERED** that if the parties wish to move to compel arbitration or dismissal for improper venue and/or subject matter jurisdiction, they shall file pre-motion letters per the

Individual Rules, including in those letters any request to stay discovery dates pending motion practice. The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: February 17, 2021
      New York, New York

                                        **LORNA G. SCHOFIELD**
                                      **UNITED STATES DISTRICT JUDGE**