UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADRIAN JULES,
                        Plaintiff,

               -against-

ANDRE BALAZS PROPERTIES et al.,

                        Defendants.
------------------------------------------------------------X

20 Civ. 10500 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendants have filed a motion to compel arbitration (Dkt. No. 17, the "Motion") arising from an alleged arbitration agreement between Plaintiff and his former employer.  It is hereby

**ORDERED** that by **April 1, 2021**, Plaintiff shall file any opposition to the Motion per the Individual Rules.  By **April 8, 2021**, Defendants shall file any reply per the Individual Rules.  It is further

**ORDERED** that discovery in this matter is **stayed** pending resolution of the Motion.

Dated: March 11, 2021
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE