# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4658
MY EMAIL ADDRESS IS: DAVID.GREENHAUS@JACKSONLEWIS.COM

January 19, 2022

**VIA ECF**
The Honorable Lorna G. Schofield
U.S. District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

> Re: *Adrian Jules v. Andre Balazs Properties, Andre Tomes Balazs, Balazs Investors, LLC, Hotels A.B., LLC*
> Case No. 1:20-cv-10500-LGS

Dear Judge Schofield:

This Firm represents the Defendants in connection with this matter and we write to provide the Court with a status update pursuant to the Court's Opinion and Order [Dkt. No. 30], dated May 28, 2021, which stayed discovery pending the outcome of an arbitration in California.

The parties have selected an arbitrator. There is a second Arbitration Management Conference scheduled for January 27.

Please let us know if the Court requires anything further at this time.

Respectfully submitted,

JACKSON LEWIS P.C.

*/S/ David S. Greenhaus*

David S. Greenhaus, Esq.
Heather L. Hulkower, Esq.

DSG/HLH

4893-8845-7220, v. 3