UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADRIAN JULES,

                              Plaintiff,          20 Civ. 10500 (LGS)

          -against-                       ORDER

ANDRE BALAZS PROPERTIES et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by the Opinion and Order dated May 28, 2021, the parties were directed to file a joint letter every sixty (60) days regarding the status of arbitration.

WHEREAS, the most recent letter was due on March 21, 2022.

WHEREAS, the parties have not submitted a joint letter. It is hereby

**ORDERED** that by **March 24, 2022**, the parties shall file a joint letter regarding the status of arbitration.

Dated: March 22, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE