# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

My Direct Dial is:  (631) 247-4658
My Email Address is:  David.Greenhaus@jacksonlewis.com

March 24, 2022

**VIA ECF**

The Honorable Lorna G. Schofield
U.S. District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

           Re:    *Adrian Jules v. Andre Balazs Properties, Andre Tomes Balazs, Balazs Investors, LLC, Hotels A.B., LLC*
                  Case No. 1:20-cv-10500-LGS

Dear Judge Schofield:

       This Firm represents the Defendants in connection with this matter and we write to provide the Court with a status update pursuant to the Court's Opinion and Order [Dkt. No. 30], dated May 28, 2021, which stayed discovery pending the outcome of an arbitration in California.

       The arbitration is currently scheduled to take place December 5 through December 9, 2022.  Please let us know if the Court requires anything further at this time.

                                           Respectfully submitted,

                                           JACKSON LEWIS P.C.

                                           */s/ David S. Greenhaus*

                                           David S. Greenhaus, Esq.
DSD/HJH                                  Heather L. Hulkower, Esq.

4877-6117-1990, v. 1