# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS:  (631) 247-4658
MY EMAIL ADDRESS IS:  DAVID.GREENHAUS@JACKSONLEWIS.COM

July 20, 2022

**VIA ECF**

The Honorable Lorna G. Schofield
U.S. District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

           Re:   *Adrian Jules v. Andre Balazs Properties, Andre Tomes Balazs, Balazs Investors, LLC, Hotels A.B., LLC*
                  Case No. 1:20-cv-10500-LGS

Dear Judge Schofield:

      This Firm represents the Defendants in connection with this matter and we write to provide the Court with a status update pursuant to the Court's Opinion and Order [Dkt. No. 30], dated May 28, 2021, which stayed discovery pending the outcome of an arbitration in California.

      There have been no updates or critical developments since the previous update the parties provided the Court.  The arbitration still is currently scheduled to take place December 5 through December 9, 2022.

      Please let us know if the Court requires anything further at this time.

                                Respectfully submitted,

                                JACKSON LEWIS P.C.

                                *David S. Greenhaus*

                                David S. Greenhaus, Esq.
                                Heather L. Hulkower, Esq.

DSG:dc

4890-6906-0650, v. 1