UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADRIAN JULES,
                              Plaintiff,                20 Civ. 10500 (LGS)

              -against-                            ORDER

ANDRE BALAZS PROPERTIES, et al.,
                             Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an Opinion and Order filed on May 28, 2021 (the "Opinion"), required the parties to file a joint letter regarding the status of any arbitration in California sixty days following the issuance of the Opinion, and every sixty days thereafter.

       WHEREAS, the parties filed the last joint letter on July 20, 2022. Their next deadline for filing a joint letter was September 18, 2022. The parties have not filed the required letter. It is hereby

       **ORDERED** that the parties shall file the required joint letter as soon as possible, and no later than **September 22, 2022**, at **noon**, and every sixty days thereafter, as required by the Opinion.

Dated: September 20, 2022
         New York, New York

                                                                     **LORNA G. SCHOFIELD**
                                                           **UNITED STATES DISTRICT JUDGE**