**JacksonLewis**

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS:  (631) 247-4658
MY EMAIL ADDRESS IS:  DAVID.GREENHAUS@JACKSONLEWIS.COM

December 19, 2022

**VIA ECF**

The Honorable Lorna G. Schofield
U.S. District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

> The parties shall file a joint status letter following the entry of award by the arbitrator, proposing next steps in this litigation. So Ordered.
>
> Dated: December 20, 2022
>     New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:  *Adrian Jules v. Andre Balazs Properties, Andre Tomes Balazs, Balazs Investors, LLC, Hotels A.B., LLC*
Case No. 1:20-cv-10500-LGS

Dear Judge Schofield:

This Firm represents the Defendants in connection with this matter and we write to provide the Court with a status update pursuant to the Court's Opinion and Order [Dkt. No. 30], dated May 28, 2021, which stayed discovery pending the outcome of an arbitration in California.

Plaintiff did not appear for the first day of the scheduled arbitration on December 5. The arbitrator instructed Plaintiff's counsel to proceed with presenting his case; he responded that he was not prepared to proceed given his client's absence. The arbitrator stated he would issue an award in the Respondent's favor on all causes of action and that the interim award would be issued within 30 days.

The undersigned did not confer with Plaintiff's counsel regarding the contents of this letter.

Respectfully submitted,

JACKSON LEWIS P.C.

*David S. Greenhaus*

David S. Greenhaus, Esq.
Heather L. Hulkower, Esq.

DSG:laf