**LAW OFFICE OF THOMAS A. FARINELLA, P.C.**     260 Madison Avenue, 8th Fl.
New York, NY 10016
Tel: (917) 319-8579
Fax: (646) 349-3209
www.lawtaf.com

**Thomas A. Farinella**
tf@lawtaf.com

February 8, 2023

<u>VIA ECF</u>

The Honorable Lorna G. Schofield
U.S. District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, New York 10007

      Re:    *Adrian Jules v. Andre Balazs Properties, Andre Tomes Balazs, Balazs Investors, LLC, Hotels A.B., LLC*
               <u>Case No. 1:20-cv-10500-LGS</u>

Dear Judge Schofield:

      This Firm represents the Plaintiff in connection with this matter. The Court Ordered that the "Plaintiff shall file a copy of the Final Award as soon as possible, and no later than February 8, 2023. If Plaintiff would like to file portions of the Final Award under seal, he may file a letter motion to seal pursuant to Individual Rule I.D.3." The Plaintiff is requesting a short extension of time to file the letter motion as good cause exsists. An extension of time would better enable the preparation of a response that would be most helpful to the Court.

      Thank you for considering Plaintiff's request.

Respectfully submitted,

Dated: February 8, 2023
New York, New York

Law Office of Thomas A. Farinella, PC

By: <u>*/s/Thomas A. Farinella*</u>
Thomas A. Farinella, Esq.

Thomas A. Farinella
260 Madison Avenue, 8th Floor
New York, New York 10016
Telephone: (917) 319-8579
tf@lawtaf.com

*Attorney for Plaintiff*