**THIS EXHIBIT IS FILED UNDER SEAL**