# ADRIAN JULES
## PLAINTIFF

phone: (305) 417-3509
email: adrianjules7@gmail.com

March 9, 2023

Judge Lorna Schofield
Thurgood Marshall Courthouse
40 Foley Square: New York, NY 10007

Dear Honorable Judge Lorna Schofield,

This status letter is to satisfy the Order issued March 6, 2023, that ordered Plaintiff, Defendant, and Thomas A. Farinella, Esq. to meet and confer regarding settlement of this matter. March 7, 2023, communications were sent from Defendant's California Counsel regarding the Order to Plaintiff who shared the directive with Thomas A. Farinella, Esq. due to both participants lacking access to ECF.

Defendant's California Counsel coordinated a meet and confer for March 8, 2023, at 1pm PST. On the call, the previous settlement offer that resulted in Thomas A. Farinella Esq's withdrawal due to a conflict of interest was offered and thus created a further hostile environment. As a result, Thomas A. Farinella, Esq. confirmed he would file to make an appearance and motion to vacate the arbitration award in addition to Plaintiff.

Defendant's Counsel Paula Weber articulated she was only in attendance to adhere to the Order despite her and her colleague Alekzandir Morton not being ordered to take any action given they are not the attorneys on record for this action. As a result, Plaintiff inquired about the whereabouts of David Greenhaus, the attorney on record, because he has not made an appearance via email or otherwise since Thomas A. Farinella Esq's withdrawal.

Plaintiff articulated it was not in his best interest to engage with attorneys who do not represent Defendant in this matter and questioned the integrity of the proceeding given Plaintiff was denied a request to transfer the case to California, yet California Counsel is representing the Defendant in this New York Action absent following the Uniform Rules for the Engagement of Counsel.

The call was rescheduled to March 9, 2023, so David Greenhaus could make an appearance as required. Paula Weber was adamant she possessed authority given to her by the Defendant to represent his interests in this matter despite her office's participation not being authorized by the court and their participation being a violation of Plaintiff's rights and the procedures of court. Thus, there should be penalization for Defendants Counsel's misconduct and reconsideration of Plaintiff's request to transfer the case to California given it is well established that Defendant's California Counsel is engaged in this action, the California ones, and oversaw the arbitration that is governed by CAA and FAA and is now under controversy.

October 11, 2022, David Greenhaus submitted a letter to this court advising "Defendants are represented by Paula Weber and Alekzandir Morton of Pillsbury, Winthrop, Shaw, and Pittman LLP" and he would apprise the court of their forthcoming pro hac vice application to the court. However, the application was never submitted, and Defendant's California Counsel have continued to practice law in this venue absent consequence. New York State Bar Association Rule 5.5 (a) of the Unauthorized Practice of Law states, "A Lawyer shall not practice law in a jurisdiction in violation of the regulation of the legal profession in that jurisdiction or assist another in doing so".

Additionally, N.Y. Judiciary Law §478 states, "Practicing or appearing as attorney-at-law without being admitted and registered. It shall be unlawful for any natural person to practice or appear as an attorney-at-law or as an attorney and counselor-at-law for a person other than himself in a court of record in this state. or to furnish attorneys or counsel or an attorney and counsel to render legal services, or to hold himself out to the public as being entitled to practice law as aforesaid, or in any other manner, or to assume to be an attorney or counselor-at-law, or to assume, use, or advertise the title of lawyer, or attorney and counselor-at-law, or attorney-at-law or counselor-at-law, or attorney, or counselor, or attorney and counselor, or equivalent terms in any language, in such manner as to convey the impression that he is a legal practitioner of law or in any manner to advertise that he either alone or together with any other persons or person has, owns, conducts or maintains a law office or law and collection office, or office of any kind for the practice of law, without having first been duly and regularly licensed and admitted to practice law in the courts of record of this state, and without having taken the constitutional oath." Thus, Counsel for the Defendant is in violation of New York State Bar Association Rule 5.5 (a) and N.Y. Judiciary Law §478 and Plaintiff is requesting this court to take the appropriate actions to remedy their misconduct.

Today, March 9, 2023, David Greenhaus appeared on a video conference aloof to the proceedings underway and confirmed he did not read the Order and instead forwarded it to Defendant's California Counsel. This call was another failed attempt to negotiate a settlement between the parties due to Defendant's unwillingness to do so and statements that alluded to this court not being able to force them into settlement.  David Greenhaus also refused to allow Plaintiff, a pro se litigant, to submit the joint letter on behalf of the parties despite Defendant being the reason why Plaintiff's Counsel was forced to withdraw.

Thomas A. Farinella, Esq, maintained the position that he will make an appearance in this matter and will motion to vacate the arbitration award pursuant to Cal. Code Civ. Proc. §1288 and 9 U.S.C. §12 and it is Plaintiff's belief that he has the right to do so too by April 27, 2023, in accordance with the statutes to preserve the status quo and exercise his due process rights which according to the statute do not require the court's permission for Plaintiff to submit a motion to vacate the final arbitration award.

Sincerely,

Adrian Jules

**EXHIBIT LIST**

**A. Defendants California Counsel litigating the New York action.**

**B. Defendants New York Counsel establishing Defendants California Counsel have been litigating the New York Action since 2022.**



Adrian Jules <adrianjules7@gmail.com>

---

# Jules v. Andre Balazs Properties, et al. -- Case No. 1:20-cv-10500-LGS
2 messages

---

**Morton, Zandir** <alekzandir.morton@pillsburylaw.com>  Mon, Mar 6, 2023 at 7:41 PM
To: Adrian Jules <adrianjules7@gmail.com>
Cc: "Weber, Paula M." <paula.weber@pillsburylaw.com>

Mr. Jules,

As you may have seen, the District Court issued the attached order today requiring us to meet and confer with both you and Mr. Farinella regarding settlement. We are further required to submit a joint letter by Friday March 10 updating the District Court on the status of that meet and confer.

Please let us know when you are available this week for this court-ordered meet and confer regarding settlement.

Thank you,

Zandir

**Zandir Morton** | Senior Associate
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor | San Francisco, CA 94111-5998
t +1.415.983.1216
alekzandir.morton@pillsburylaw.com | website bio
Pronouns: he/him/his

AUSTIN  BEIJING  HONG KONG  HOUSTON  LONDON  LOS ANGELES
MIAMI  NASHVILLE  NEW YORK  NORTHERN VIRGINIA  PALM BEACH
SACRAMENTO  SAN DIEGO  SAN FRANCISCO  SHANGHAI
SILICON VALLEY  TAIPEI  TOKYO  WASHINGTON, DC



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by

telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

 **2023-03-06 [80] ENDORSED LETTER addressed to Judge Lorna G. Schofield from Adrian.pdf**
411K

---

**Adrian Jules** <adrianjules7@gmail.com>    Tue, Mar 7, 2023 at 3:25 PM
To: "Morton, Zandir" <alekzandir.morton@pillsburylaw.com>
Cc: "Weber, Paula M." <paula.weber@pillsburylaw.com>

Mr. Morton,

I appreciate you sharing this with me. I still lack access to ECF.

Thank you!
[Quoted text hidden]
--
*Best,*
*Adrian Jules*

*305.417.3509*
*IMDB*
*APLUSPICTURES.COM*
*THEADRIANJULES.COM*

***"I want to be an honest man and a good writer."***

***— James Baldwin***



This message is confidential. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone.





2 People

Monday 5:01 PM



...perties, et al. -- Case No. 1:20-cv-10500-LGS — Inbox

Morton, Zandir 4:41 PM
to me, Paula

Mr. Jules,

As you may have seen, the District Court issued the attached order today requiring us to meet and confer with both you and Mr. Farinella regarding settlement. We are further required to submit a joint letter by Friday March 10 updating the District Court on the status of that meet and confer.

Please let us k... week for this... regarding sett...



   

  Adrian Jules <adrianjules7@gmail.com>

# Jules v. Andre Balazs Properties, et al. -- Case No. 1:20-cv-10500-LGS
7 messages

**Morton, Zandir** <alekzandir.morton@pillsburylaw.com>   Tue, Mar 7, 2023 at 4:40 PM
To: Adrian Jules <adrianjules7@gmail.com>, "Thomas A. Farinella, Esq." <tf@lawtaf.com>
Cc: "Weber, Paula M." <paula.weber@pillsburylaw.com>

Mr. Jules and Mr. Farinella,

As I have stated to each of you, the District Court has ordered us to have a joint meet and confer regarding settlement. This needs to occur by Friday March 10 so that we can provide court-ordered joint status update at that time.

Please let me know your availability this week for the meet and confer.

Thank you,

Zandir

**Zandir Morton** | Senior Associate
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor | San Francisco, CA 94111-5998
t +1.415.983.1216
alekzandir.morton@pillsburylaw.com | website bio
Pronouns: he/him/his

AUSTIN  BEIJING  HONG KONG  HOUSTON  LONDON  LOS ANGELES
MIAMI  NASHVILLE  NEW YORK  NORTHERN VIRGINIA  PALM BEACH
SACRAMENTO  SAN DIEGO  SAN FRANCISCO  SHANGHAI
SILICON VALLEY  TAIPEI  TOKYO  WASHINGTON, DC



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be

construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

 **2023-03-06 [80] ENDORSED LETTER addressed to Judge Lorna G. Schofield from Adrian.pdf**
411K

---

**Thomas A. Farinella, Esq.** <tf@lawtaf.com>                                          Tue, Mar 7, 2023 at 5:32 PM
To: "Morton, Zandir" <alekzandir.morton@pillsburylaw.com>, Adrian Jules <adrianjules7@gmail.com>
Cc: "Weber, Paula M." <paula.weber@pillsburylaw.com>

I am available throughout the day tomorrow.


Thomas A. Farinella, Esq.

Law Office of Thomas A. Farinella, P.C.

260 Madison Avenue, 8th Floor

New York, New York 10016

www.lawtaf.com

tf@lawtaf.com

Tel: (917) 319-8579

Fax: (646) 349-3209


This communication, as well as any attached documents are intended solely for the party named above and contain(s) confidential and legally privileged information which may not be disclosed under applicable law and belongs to the sender and/or the intended party.  If you are not the intended party, any action that you may undertake in reliance on the contents of the information contained herein is prohibited and that any unauthorized use, dissemination or distribution of this communication and/or the attached documents and their contents, is subject to legal action.  If you received this communication in error, it is requested that you delete this communication and all attached documents from your electronic storage files and notify the sender immediately at the above E-mail address, or call (917) 319-8579.  Please also be advised that pursuant to United States Treasury Department Circular 230 any discussion of a federal

tax issue in this communication, as well as any attached documents are not intended or written to be used, and cannot be used, by any recipient, for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws.

[Quoted text hidden]

---

**Adrian Jules** <adrianjules7@gmail.com>   Tue, Mar 7, 2023 at 5:49 PM
To: "Thomas A. Farinella, Esq." <tf@lawtaf.com>
Cc: "Morton, Zandir" <alekzandir.morton@pillsburylaw.com>, "Weber, Paula M." <paula.weber@pillsburylaw.com>

Tomorrow at 1PM pst works for me.
[Quoted text hidden]

--
*Best,*
*Adrian Jules*

*305.417.3509*
*IMDB*
*APLUSPICTURES.COM*
*THEADRIANJULES.COM*

**"I want to be an honest man and a good writer."**

**— James Baldwin**



This message is confidential. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone.

---

**Thomas A. Farinella, Esq.** <tf@lawtaf.com>   Tue, Mar 7, 2023 at 5:50 PM
To: Adrian Jules <adrianjules7@gmail.com>
Cc: "Morton, Zandir" <alekzandir.morton@pillsburylaw.com>, "Weber, Paula M." <paula.weber@pillsburylaw.com>

That works for me as well.

Thomas A. Farinella, Esq.

Law Office of Thomas A. Farinella, P.C.

260 Madison Avenue, 8th Floor

New York, New York 10016

www.lawtaf.com

tf@lawtaf.com

Tel: (917) 319-8579

Fax: (646) 349-3209

This communication, as well as any attached documents are intended solely for the party named above and contain(s) confidential and legally privileged information which may not be disclosed under applicable law and belongs to the sender and/or the intended party. If you are not the intended party, any action that you may undertake in reliance on the contents of the information contained herein is prohibited and that any unauthorized use, dissemination or distribution of this communication and/or the attached documents and their contents, is subject to legal action. If you received this communication in error, it is requested that you delete this communication and all attached documents from your electronic storage files and notify the sender immediately at the above E-mail address, or call (917) 319-8579. Please also be advised that pursuant to United States Treasury Department Circular 230 any discussion of a federal tax issue in this communication, as well as any attached documents are not intended or written to be used, and cannot be used, by any recipient, for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws.

[Quoted text hidden]

---

**Thomas A. Farinella, Esq.** <tf@lawtaf.com>  Wed, Mar 8, 2023 at 11:53 AM
To: "Morton, Zandir" <alekzandir.morton@pillsburylaw.com>, Adrian Jules <adrianjules7@gmail.com>
Cc: "Weber, Paula M." <paula.weber@pillsburylaw.com>

To confirm, the call is scheduled for 1:00PM central standard time, correct?

Thomas A. Farinella, Esq.

Law Office of Thomas A. Farinella, P.C.

260 Madison Avenue, 8th Floor

New York, New York 10016

www.lawtaf.com

tf@lawtaf.com

Tel: (917) 319-8579

Fax: (646) 349-3209

This communication, as well as any attached documents are intended solely for the party named above and contain(s) confidential and legally privileged information which may not be disclosed under applicable law and belongs to the sender and/or the intended party. If you are not the intended party, any action that you may undertake in reliance on the contents of the information contained herein is prohibited and that any unauthorized use, dissemination or distribution of this communication and/or the attached documents and their contents, is subject to legal action. If you received this communication in error, it is requested that you delete this communication and all attached documents from your electronic storage files and notify the sender immediately at the above E-mail address, or call (917) 319-8579. Please also be advised that pursuant to United States Treasury Department Circular 230 any discussion of a federal tax issue in this communication, as well as any attached documents are not intended or written to be used, and cannot be used, by any recipient, for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws.

**From:** Morton, Zandir <alekzandir.morton@pillsburylaw.com>
**Sent:** Tuesday, March 7, 2023 4:41 PM
**To:** Adrian Jules <adrianjules7@gmail.com>; Thomas A. Farinella, Esq. <tf@lawtaf.com>
**Cc:** Weber, Paula M. <paula.weber@pillsburylaw.com>
**Subject:** Jules v. Andre Balazs Properties, et al. -- Case No. 1:20-cv-10500-LGS

Mr. Jules and Mr. Farinella,

[Quoted text hidden]

---

**Weber, Paula M.** <paula.weber@pillsburylaw.com>  Wed, Mar 8, 2023 at 12:17 PM
To: "Thomas A. Farinella, Esq." <tf@lawtaf.com>, "Morton, Zandir" <alekzandir.morton@pillsburylaw.com>, Adrian Jules <adrianjules7@gmail.com>

Thomas it is 1:00 PM Pacific Time (California time).  The evite should translate this into the time you are to call in.

Paula

**Paula M. Weber** | Partner
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor | San Francisco, CA 94111-5998
t +1.415.983.7488 | f +1.415.983.1200 | m +1.415.845.9302
paula.weber@pillsburylaw.com | website bio

[Quoted text hidden]

---

**Thomas A. Farinella, Esq.** <tf@lawtaf.com>  Wed, Mar 8, 2023 at 12:31 PM
To: "Weber, Paula M." <paula.weber@pillsburylaw.com>, "Morton, Zandir" <alekzandir.morton@pillsburylaw.com>, Adrian Jules <adrianjules7@gmail.com>

It did, I was just making sure that was correct.  I did mean PST.  Thank you for confirming.

Thomas A. Farinella, Esq.

Law Office of Thomas A. Farinella, P.C.

260 Madison Avenue, 8th Floor

New York, New York 10016

www.lawtaf.com

tf@lawtaf.com

Tel: (917) 319-8579

Fax: (646) 349-3209

This communication, as well as any attached documents are intended solely for the party named above and contain(s) confidential and legally privileged information which may not be disclosed under applicable law and belongs to the sender and/or the intended party.   If you are not the intended party, any action that you may undertake in reliance on the contents of the information contained herein is prohibited and that any unauthorized use, dissemination or distribution of this communication and/or the attached documents and their contents, is subject to legal action.  If you received this communication in error, it is requested that you delete this communication and all attached documents from your electronic storage files and notify the sender immediately at the above E-mail address, or call (917) 319-8579.  Please also be advised that pursuant to United States Treasury Department Circular 230 any discussion of a federal tax issue in this communication, as well as any attached documents are not intended or written to be used, and cannot be used, by any recipient, for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws.

[Quoted text hidden]

 Adrian Jules <adrianjules7@gmail.com>

___

## Court ordered settlement meet and confer
1 message
___

**Weber, Paula M.** <paula.weber@pillsburylaw.com>            Tue, Mar 7, 2023 at 6:14 PM
To: Adrian Jules <adrianjules7@gmail.com>, "Thomas A. Farinella, Esq." <tf@lawtaf.com>, "Truong, Natalie" <natalie.truong@pillsburylaw.com>
Cc: "Morton, Zandir" <alekzandir.morton@pillsburylaw.com>

_____

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**

Click here to join the meeting

Meeting ID: 241 975 952 173
Passcode: i4YiLw

Download Teams | Join on the web

**Join with a video conferencing device**

pillsburylaw@m.webex.com

Video Conference ID: 118 577 197 3

Alternate VTC instructions

**Or call in (audio only)**

+1 323-433-2405,,113638764#   United States, Los Angeles

Phone Conference ID: 113 638 764#

Find a local number | Reset PIN

Learn More | Meeting options

_____

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

**invite.ics**
5K



Adrian Jules <adrianjules7@gmail.com>

## Court ordered meet and confer
7 messages

**Weber, Paula M.** <paula.weber@pillsburylaw.com>  Wed, Mar 8, 2023 at 4:58 PM
To: Adrian Jules <adrianjules7@gmail.com>, "Thomas A. Farinella, Esq." <tf@lawtaf.com>, "Greenhaus, David S. (Long Island)" <David.Greenhaus@jacksonlewis.com>
Cc: "Morton, Zandir" <alekzandir.morton@pillsburylaw.com>

All,

David is available for the meet and confer at any time from 1-4:30 EST ( 10-1:30 PST) tomorrow, March 9. We can make that work on our end as well. Please let me know what time works for you and I will send an evite.

Paula

**Paula M. Weber** | Partner

Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor | San Francisco, CA 94111-5998
t +1.415.983.7488 | f +1.415.983.1200 | m +1.415.845.9302
paula.weber@pillsburylaw.com | website bio

AUSTIN  BEIJING  HONG KONG  HOUSTON  LONDON  LOS ANGELES
MIAMI  NASHVILLE  NEW YORK  NORTHERN VIRGINIA  PALM BEACH
SACRAMENTO  SAN DIEGO  SAN FRANCISCO  SHANGHAI
SILICON VALLEY  TAIPEI  TOKYO  WASHINGTON, DC


The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

**Adrian Jules** <adrianjules7@gmail.com>  Wed, Mar 8, 2023 at 5:34 PM
To: "Weber, Paula M." <paula.weber@pillsburylaw.com>
Cc: "Thomas A. Farinella, Esq." <tf@lawtaf.com>, "Greenhaus, David S. (Long Island)" <David.Greenhaus@jacksonlewis.com>, "Morton, Zandir" <alekzandir.morton@pillsburylaw.com>

I am available at 1:30 PST.
[Quoted text hidden]
--
*Best,*
*Adrian Jules*

*305.417.3509*
*IMDB*
*APLUSPICTURES.COM*
*THEADRIANJULES.COM*

***"I want to be an honest man and a good writer."***
***— James Baldwin***



This message is confidential. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system; you may not copy this message or disclose its contents to anyone.

---

**Greenhaus, David S. (Long Island)** <David.Greenhaus@jacksonlewis.com>  Wed, Mar 8, 2023 at 5:38 PM
To: Adrian Jules <adrianjules7@gmail.com>, "Weber, Paula M." <paula.weber@pillsburylaw.com>
Cc: "Thomas A. Farinella, Esq." <tf@lawtaf.com>, "Morton, Zandir" <alekzandir.morton@pillsburylaw.com>

I am unavailable tomorrow from around 10 am – noon EST in deposition preparation.



**David Greenhaus**
Attorney at Law

**Jackson Lewis P.C.**

> 58 South Service Road
> Suite 250
> Melville, NY 11747
>
> Direct: (631) 247-4658 | Main: (631) 247-0404
> David.Greenhaus@jacksonlewis.com | www.jacksonlewis.com

[Quoted text hidden]
[Quoted text hidden]

---

**Weber, Paula M.** <paula.weber@pillsburylaw.com>                       Wed, Mar 8, 2023 at 6:06 PM
To: Adrian Jules <adrianjules7@gmail.com>
Cc: "Thomas A. Farinella, Esq." <tf@lawtaf.com>, "Greenhaus, David S. (Long Island)" <David.Greenhaus@jacksonlewis.com>, "Morton, Zandir" <alekzandir.morton@pillsburylaw.com>

I have confirmed the 1:30 PST will work for David. Thomas please confirm it works for you and I will send an evite.

Paula

---

**From:** Adrian Jules <adrianjules7@gmail.com>
**Sent:** Wednesday, March 8, 2023 2:34 PM
**To:** Weber, Paula M. <paula.weber@pillsburylaw.com>
**Cc:** Thomas A. Farinella, Esq. <tf@lawtaf.com>; Greenhaus, David S. (Long Island) <David.Greenhaus@jacksonlewis.com>; Morton, Zandir <alekzandir.morton@pillsburylaw.com>
**Subject:** Re: Court ordered meet and confer

I am available at 1:30 PST.

[Quoted text hidden]
[Quoted text hidden]

---

**Thomas A. Farinella, Esq.** <tf@lawtaf.com>                            Wed, Mar 8, 2023 at 6:08 PM
To: "Weber, Paula M." <paula.weber@pillsburylaw.com>, Adrian Jules <adrianjules7@gmail.com>
Cc: "Greenhaus, David S. (Long Island)" <David.Greenhaus@jacksonlewis.com>, "Morton, Zandir" <alekzandir.morton@pillsburylaw.com>

That works for me tomorrow.

Thomas A. Farinella, Esq.

Law Office of Thomas A. Farinella, P.C.

260 Madison Avenue, 8th Floor

New York, New York 10016

[www.lawtaf.com](http://www.lawtaf.com)

[tf@lawtaf.com](mailto:tf@lawtaf.com)

Tel: (917) 319-8579

Fax: (646) 349-3209

This communication, as well as any attached documents are intended solely for the party named above and contain(s) confidential and legally privileged information which may not be disclosed under applicable law and belongs to the sender and/or the intended party.   If you are not the intended party, any action that you may undertake in reliance on the contents of the information contained herein is prohibited and that any unauthorized use, dissemination or distribution of this communication and/or the attached documents and their contents, is subject to legal action.  If you received this communication in error, it is requested that you delete this communication and all attached documents from your electronic storage files and notify the sender immediately at the above E-mail address, or call (917) 319-8579.  Please also be advised that pursuant to United States Treasury Department Circular 230 any discussion of a federal tax issue in this communication, as well as any attached documents are not intended or written to be used, and cannot be used, by any recipient, for the purpose of avoiding penalties that may be imposed on the recipient under United States federal tax laws.

[Quoted text hidden]

---

**Weber, Paula M.** <paula.weber@pillsburylaw.com>                        Thu, Mar 9, 2023 at 4:33 PM
To: Adrian Jules <adrianjules7@gmail.com>
Cc: "Thomas A. Farinella, Esq." <tf@lawtaf.com>, "Greenhaus, David S. (Long Island)" <David.Greenhaus@jacksonlewis.com>, "Morton, Zandir" <alekzandir.morton@pillsburylaw.com>

Mr. Jules,

We are on the line. Are you joining us?

---

**From:** Adrian Jules <adrianjules7@gmail.com>
**Sent:** Wednesday, March 8, 2023 2:34 PM
**To:** Weber, Paula M. <paula.weber@pillsburylaw.com>
**Cc:** Thomas A. Farinella, Esq. <tf@lawtaf.com>; Greenhaus, David S. (Long Island) <David.Greenhaus@jacksonlewis.com>; Morton, Zandir <alekzandir.morton@pillsburylaw.com>
**Subject:** Re: Court ordered meet and confer

# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

My Direct Dial is:  (631) 247-4658
My Email Address is:  David.Greenhaus@jacksonlewis.com

October 11, 2022

**VIA ECF**

The Honorable Lorna G. Schofield
U.S. District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

Re:   *Adrian Jules v. Andre Balazs Properties, Andre Tomes Balazs, Balazs Investors, LLC, Hotels A.B., LLC*
Case No. 1:20-cv-10500-LGS

Dear Judge Schofield,

As you know, this Firm represents the Defendants in connection with this lawsuit.  We write in response to the letter Plaintiff filed earlier today which appears to contemplate making an application for injunctive relief of some kind.  That letter, however, also appears not to comply in many ways with this Court's Individual Rules and Practices.  Nevertheless we write: (1) to advise the Court that the Defendants are represented by Paula Weber, Esq. and Alekzandir (Zandir) Morton, Esq. of Pillsbury Winthrop Shaw Pittman LLP in connection with the ongoing arbitration in California; (2) to notify the Court that we will, as soon as is practicable, file the necessary papers to have Ms. Weber and Mr. Morton admitted *pro hac vice* for purposes of any further proceedings in this lawsuit (including making an oral application at the appropriate time); and (3) to request that, pending their pro hac vice admissions, Ms. Weber and/or Mr. Morton be permitted to participate in any conferences that may be directed by the Court.

We thank the Court for its attention to this matter.   We do not believe the Court's rules allow for or require any further response to the letter Plaintiff filed earlier today.  For the sake of clarity, Defendants do not consent to the granting of any temporary injunctive relief.

Respectfully submitted,

JACKSON LEWIS P.C.

*David S. Greenhaus*

David S. Greenhaus, Esq.
Heather L. Hulkower, Esq.

DSG:laf