UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Application GRANTED.** So Ordered.

Dated: March 20, 2023
New York, New York

ADRIAN JULES

_Write the full name of each plaintiff or petitioner._

-against-

ANDRE BALAZS PROPERTIES, et al

_Write the full name of each defendant or respondent._

No. _20cv10500_ CV _____

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on 3/8/2023.

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

    ■ a computer with internet access and a word processor

    type of computer I will be using: Macbook Air

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

      type of word processor I will be using: __Microsoft Office__

- an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

- a scanner to convert documents that are only in paper format into electronic files

      scanning equipment I will be using: __TinyScanner SE__

- a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

      version of PDF reader and writer that I will be using:

      __Adobe__

- a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

3/8/2023
Dated

*[Signature]*
Signature

Adrian Jules
Name

7320 LENNOX AVE #F9
Address

VAN NUYS
City

CA
State

91405
Zip Code

305.417.3509
Telephone Number

ADRIANJULES7@GMAIL.COM
E-mail Address