Adrian Jules in Pro Per
7320 Lennox Avenue, F9
Van Nuys, CA 91405
Email: adrianjules7@gmail.com

April 12, 2023

The Honorable Judge Lorna G. Schofield
United States District Court | Southern District of New York
40 Foley Square, Courtroom 1106 | New York, NY 10007

Re: Request for Motion Submission Pursuant to Rules of Court
Case No.: 1:20-cv-10500-LGS

Dear Judge Schofield,

    I am writing to request the right to submit my opposition/motion to vacate the arbitration award in response to Defendants pursuant to the rules of this court detailed in the Special Rules & Practices in Civil Pro Se Cases No. 5(c) that stipulates in pertinent part, "All written motions shall be accompanied by a memorandum of law. Unless prior permission has been granted, memoranda of law in support of and in opposition to motions are limited to 25 pages, and reply memoranda are limited to 10 pages".

    This case is complex and the arbitration award under dispute seeks to cause irreparable harm to me, a now self-represented Plaintiff who sought relief for work related human and civil rights violations that today remain unresolved whilst sanctions and an adverse decision loom over me in violation of the arbitration agreement, public policy, and applicable federal and state law. Thus, Plaintiff is no position to effectively argue within the prescribed fifteen-page limit and should not be deprived of rights ordinarily given to parties in this court.

    Plaintiff kindly requests permission to submit its motion pursuant to the rules of this court for pro se litigants (twenty-five pages) to ensure it is not prejudiced or deprived of due process by an inability to fully articulate arguments to assert his rights and raise defenses by the limitation being imposed by the fifteen-page limit.

Sincerely,

Adrian Jules, in Pro Per