UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADRIAN JULES,
Plaintiff,

-against-

ANDRE BALAZS PROPERTIES, et al.,
Defendants.

20 Civ. 10500 (LGS)

ORDER

---

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order issued May 28, 2021, stayed proceedings in this case pending arbitration pursuant to an agreement between Plaintiff and Chateau Holdings, Ltd. On January 17, 2023, the arbitrator issued a final arbitral award (the "Award"). The Award includes sanctions against Plaintiff and Plaintiff's former counsel, Thomas A. Farinella.

WHEREAS, an Order issued February 17, 2023, set a briefing schedule for Defendants' motion to confirm. An Order issued March 6, 2023, extended the briefing deadlines and stated, "No further extensions will be granted absent a showing of compelling circumstances." An Order issued March 13, 2023, further extended the briefing deadlines, set deadlines for Plaintiff and Mr. Farinella to file an anticipated cross-motion to vacate the award and stated, "No further extensions will be granted on these deadlines." Pursuant to the March 13 Order, Plaintiff and Mr. Farinella may each file a cross-motion to vacate and opposition to Defendants' motion by April 14, 2023.

WHEREAS, on April 12, 2023, Plaintiff filed a letter on ECF seeking an extension of the deadline to file his cross-motion and opposition to April 17, 2023. The same day, Mr. Farinella filed a letter on ECF seeking an extension of the deadline to file his cross-motion and opposition to April 17, 2023. Mr. Farinella's letter also requests leave to file excess pages. On April 13, 2023, Plaintiff filed a letter requesting leave to file excess pages.

WHEREAS, as Plaintiff is a pro se litigant, his submissions are construed liberally and interpreted to raise the strongest arguments that they suggest. *See Saeli v. Chautauqua Cnty.*, 36 F.4th 445, 457 (2d Cir. 2022). It is hereby

**ORDERED** that the request for an extension of time is **GRANTED**. Plaintiff and Mr. Farinella may each file their cross-motion and opposition to Defendants' motion by **April 17, 2023**. No further extensions will be granted, as any motion to vacate the award filed after April 17, 2023, would be untimely as a matter of federal law. *See* 9 U.S.C. § 12. It is further

**ORDERED** that Plaintiff and Mr. Farinella's request for excess pages is **GRANTED IN PART**. Plaintiff and Mr. Farinella may each file up to eighteen pages of briefing in connection with their anticipated cross-motions.

Dated: April 13, 2023
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**