Adrian Jules in Pro Per
7320 Lennox Avenue, F9
Van Nuys, CA 91405
Email: adrianjules7@gmail.com

May 3, 2023

The Honorable Judge Lorna G. Schofield
United States District Court | Southern District of New York
40 Foley Square, Courtroom 1106 | New York, NY 10007

Re: Response to Opposition/Motion to Vacate Pursuant to FAA
Case No.: 1:20-cv-10500-LGS

Dear Judge Schofield,

I am writing to request a page extension for Plaintiff's Response to Defendants Opposition to Plaintiff's Motion to Vacate the Arbitration Award since motions in this court are traditionally given a twenty-five-page allowance and responses are granted ten pursuant to Local Rule 11.1.

However, Plaintiff was subjected to a different set of rules that reduced motion submission to eighteen pages and his response to six which creates an impossibility for Plaintiff, a self-represented litigant, to provide an adequate response to the Defendants.

Therefore, Plaintiff kindly requests to submit ten pages versus six given he should have a fair opportunity to assert his claims and defenses and the current page limitations are a deviation from the established protocol.

Sincerely,
Adrian Jules, in Pro Per