**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ADRIAN JULES,

                          Plaintiff,
   -against-                                       20 **CIVIL** 10500(LGS)

                                                                               **JUDGMENT**

ANDRE BALAZS PROPERTIES, et al.,

                          Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 12, 2023, the Award is confirmed. Defendants' Petition for confirmation of the Award is GRANTED. Plaintiff's and Farinella's Petitions to vacate the Award are DENIED. Judgment is entered in favor of Defendants on Plaintiff's claims; Accordingly, the case is closed.

**Dated:**  New York, New York

      September 13, 2023

                                                                  **RUBY J. KRAJICK**
                                                                     Clerk of Court

                                 **BY:**

                                                                       **Deputy Clerk**