UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                    :

ADRIAN JULES,                          :         20 Civ. 10500 (LGS)

                             Plaintiff,    :

                                        :      ORDER GRANTING IFP

              -against-               :         APPLICATION

                                        :

ANDRE BALAZS PROPERTIES, et al.,      :

                         Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, United States District Judge:

       Leave to proceed on appeal without prepayment of fees is authorized.  *See* 28 U.S.C.

§ 1915; Fed. R. App. P. 24(a)(1).

SO ORDERED.

Dated:  November 13, 2023
         New York, New York

                                    LORNA G. SCHOFIELD
                             UNITED STATES DISTRICT JUDGE